

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH ST.<br>New York, NY 10007 | ANGHARAD K. WILSON<br>*Assistant Corporation Counsel*<br>Tel: (212) 356-2572<br>Fax: (212) 356-3509<br>awilson@law.nyc.gov |
|---|---|---|

July 19, 2017

**BY ECF**
Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    <u>Ernesto Munoz v. City of New York, et al.</u>, 10 CV 1041 (CBA)(JO)

Your Honor:

        I represent defendants City of New York, Police Officer Daphne James, and Police Officer Stephen Murphy in the above referenced matter, and write to respectfully request that that the Court vacate the current briefing schedule in this case in order to allow the parties to engage in further settlement discussions. The parties propose that the Court set a deadline of September 25, 2017 for the parties to write to the Court to set a new briefing schedule if the parties do not reach an agreement regarding settlement. In the alternative, defendants propose that the current briefing schedule be moved such that defendants' brief be due on September 25, 2017, making plaintiff's opposition due on October 20, 2017, and defendants' reply due on October 30, 2017. Defendants' motion is currently due July 21, 2017. Counsel for plaintiff has consented to this request.

        Thank you for consideration of this request.

                                                  Respectfully submitted,

                                                  /s/

                                                  Angharad K. Wilson
                                                  Assistant Corporation Counsel
                                                  Special Federal Litigation Division

cc:   Patrick O'keke, Esq. (BY ECF)
      *Attorney for Plaintiff*
      Law Office of O'keke & Associates
      801 Franklin Avenue
      Brooklyn, NY 11238